# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

Glenn D. Miller
Edward Sivin*
David Roche

Andrew C. Weiss

*also member of NJ Bar

Phone: (212) 349-0300
Fax:   (212) 406-9462

June 23, 2020

Via ECF

Hon. Cathy Seibel
US District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Re:  Magalios v. Peralta et al.
Case No. 19 Civ. 6188 (CS)

Your Honor:

The undersigned represents plaintiff in the above matter.

I write, jointly with defense counsel, to request an additional 45-day extension of all deadlines approved by the Court in the April 23, 2020 text order. Specifically, it is requested that the deposition cutoff date be extended to August 28, the cutoff for fact and expert discovery be extended to September 25, premotion letters be due by October 16, and responses to premotion letters be due October 23.

The grounds for this request are the continuing difficulty for the parties to complete depositions and other discovery in light of the Coronavirus.

By letter dated April 23, 2020, the parties made a joint request for a 60-day extension of all prior deadlines, which request was granted by the Court.

Thank you.

Very truly yours,

Edward Sivin

Cc:  All counsel (via ECF)