UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Nicholas MAGALIOS,                                           :
                Plaintiff,                      :       19-cv-6188 (CS)
                                                             :
   – against –                                            :       **NOTICE OF MOTION**
                                                             :       **TO PRECLUDE EXPERT**
C.O. Matthew PERALTA, et al.,                                :       **TESTIMONY**
                                                             :
                Defendants.                     :
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' motion to preclude Expert Testimony, Defendants hereby move for an Order pursuant to Rules 16(f) and 37(c)(1) of the Federal Rules of Civil Procedure precluding Plaintiff's Expert and for such further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1, opposition papers, if any, must be served to the undersigned on or before October 8, 2020.

Dated: New York, New York
       September 24, 2020

                                                  LETITIA JAMES
                                                  Attorney General
                                                  State of New York
                                                  <u>Attorney for Defendants</u>
                                                  By:
                                                      /s/ *Jessica Acosta-Pettyjohn*
                                                  Jessica Acosta-Pettyjohn
                                                 Assistant Attorney General
                                                 28 Liberty Street, 18th Floor
                                                 New York, New York 10005
                                                 (212) 416-6551

TO:    All Counsels
          **Via ECF**