UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Nicholas MAGALIOS,                    :
                                      :       19-cv-6188 (CS)
         Plaintiff,                 :
                                      :
   – against –                      :
                                      :
C.O. Matthew PERALTA, et al.,         :
                                      :
         Defendants.                :
------------------------------------------------------------ X

    JESSICA ACOSTA-PETTYJOHN, pursuant to 28 U.S.C. Section 1746, declares under penalty of perjury as follows:

    1. Reference is made in the accompany reply memorandum of law in further support of their motion to preclude Plaintiff's expert to an email exchange. For the convenience of the Court, the email exchange is annexed hereto as Exhibit A.

                                             /s/ *Jessica Acosta-Pettyjohn*
                                             Jessica Acosta-Pettyjohn

Executed on October 15, 2020