| | |
|---|---|
| **From:** | Ed Sivin |
| **To:** | Acosta-Pettyjohn, Jessica |
| **Subject:** | Re: Magalios v. Peralta, Case No. 19-CV-6188 |
| **Date:** | Monday, January 27, 2020 3:53:00 PM |

OK, thanks

On Mon, Jan 27, 2020 at 3:05 PM Acosta-Pettyjohn, Jessica <Jessica.Acosta-Pettyjohn@ag.ny.gov> wrote:

> That should be doable.
>
> Thanks,
>
> Jessica
>
> **From:** Ed Sivin <esivin@sivinandmiller.com>
> **Sent:** Monday, January 27, 2020 2:56 PM
> **To:** Acosta-Pettyjohn, Jessica <Jessica.Acosta-Pettyjohn@ag.ny.gov>
> **Subject:** Re: Magalios v. Peralta, Case No. 19-CV-6188
>
> Sorry, don't recall that.  Maybe a senior moment?  Just a little concerned about the discovery cutoff date and possibly amending the complaint to add additional parties.  How about you get me responses to my rogs and notice to produce by March 2.  And my responses to the rogs and notice to produce that you just served would be due 30 days after that.  Deal?
>
> On Mon, Jan 27, 2020 at 2:45 PM Acosta-Pettyjohn, Jessica <Jessica.Acosta-Pettyjohn@ag.ny.gov> wrote:
>
>> Hey Ed,
>>
>> I had called your office and spoke to the paralegal and informed him that I was calling for a 30 day extension on discovery responses.  The paralegal called me back and told me that you granted us a 60 day extension.
>>
>> We are still working on gathering document.

Thanks,

### *Jessica Acosta-Pettyjohn*

Assistant Attorney General, Litigation Bureau

Office of the New York State Attorney General

28 Liberty Street

New York, NY 10005

(212) 416-6551

jessica.acosta-pettyjohn@ag.ny.gov

---

**From:** Ed Sivin <esivin@sivinandmiller.com>
**Sent:** Monday, January 27, 2020 2:40 PM
**To:** Acosta-Pettyjohn, Jessica <Jessica.Acosta-Pettyjohn@ag.ny.gov>
**Subject:** Magalios v. Peralta, Case No. 19-CV-6188

**[EXTERNAL]**

Hi Jessica:   Please note that defendants' responses to plaintiff's interrogatories and document demands are overdue.  Can I expect to receive them soon?  Please let me know.

Thank you.  Ed Sivin

--

Edward Sivin, Esq
Sivin & Miller, LLP
20 Vesey Street Suite 1400

> New York, N.Y. 10007
> 212-349-0300
> 212-406-9462 (fax)
> http://www.SivinandMiller.com
>
>
> **IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.
>
>
>
> --
>
> Edward Sivin, Esq
> Sivin & Miller, LLP
> 20 Vesey Street Suite 1400
> New York, N.Y. 10007
> 212-349-0300
> 212-406-9462 (fax)
> http://www.SivinandMiller.com

--
Edward Sivin, Esq
Sivin & Miller, LLP
20 Vesey Street Suite 1400
New York, N.Y. 10007
212-349-0300
212-406-9462 (fax)
http://www.SivinandMiller.com