# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

Glenn D. Miller
Edward Sivin*
David Roche
———
Andrew C. Weiss

*also member of NJ Bar

Phone: (212) 349-0300
Fax:   (212) 406-9462

May 28, 2021

<u>Via ECF</u>

Hon. Cathy Seibel
U.S. District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re: Magalios v. Peralta, et al.
        Case No. 19-cv-6188 (CS)

Your Honor:

The undersigned represents plaintiff in the above matter. I write to request that, pursuant to Fed. R. Civ. P. 58(b), the Court direct the clerk to enter judgment on the jury verdict that was rendered in favor of plaintiff against defendants on April 30, 2021. Without entry of the judgment, plaintiff will not be entitled to any interest on the jury's award, and the time within which defendants can make their post-trial motion similarly will not begin to run.

Thank you for your consideration.

       Very truly yours,
       Sivin, Miller & Roche LLP

       *Edward Sivin*

       Edward Sivin

Cc: All counsel (via ECF)