UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Nicholas MAGALIOS,                              :
                           Plaintiff,    :        19-cv-6188 (CS)
                                                :
       – against –                      :        **NOTICE OF MOTION**
                                                :
C.O. Matthew PERALTA, et al.,                   :
                                                :
                         Defendants.     :
-------------------------------------------------------- X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion for a new Trial, or a Remittitur of the Damage Award, and upon all the pleadings and proceedings heretofore had herein, Defendants Peralta, Bailey, and Blount hereby moves for an Order pursuant to Rule 59(e) of the Federal Rules of Civil Procedure granting a new trial or a remittitur of the punitive damage awards, and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant Rule 59(c), opposition papers, if any, must be served upon undersigned counsel on or before July 12, 2021.

Dated: New York, New York
         June 28, 2021

                                                  LETITIA JAMES
                                                  Attorney General of the
                                                  State of New York
                                                  <u>Attorney for Defendants</u>
                                  By:

                                                   /s/ *Jessica Acosta-Pettyjohn*
                                                 Jessica Acosta-Pettyjohn
                                                 Bruce J. Turkle
                                                 Assistant Attorney General
                                                 28 Liberty Street, 18th Floor
                                                 New York, New York 10005
                                                 (212) 416-6551; -8524
                                                 Jessica.acosta-pettyjohn@ag.ny.gov
                                                 Bruce.turkle@ag.ny.gov

TO:   All Counsels
        **<u>Via ECF</u>**