# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

Glenn D. Miller
Edward Sivin*
David Roche

Andrew C. Weiss

*also member of NJ Bar

Phone: (212) 349-0300
Fax:    (212) 406-9462

February 11, 2022

Via ECF

Hon. Cathy Seibel
U.S. District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  Magalios v. Peralta, et al.
     Case No. 19-cv-6188 (CS)

Your Honor:

*Application granted. Fee motion due 30 days after the earliest of the following dates: (i) written notification from defendants that they are not going to appeal the 2/10/22 Opinion and Order (ECF No. 56 (the "Order")); (ii) the expiration of defendants' time to file a notice of appeal of the Order, without their having done so; or (iii) the resolution of any appeal taken by defendants from the Order.*

*SO ORDERED.*

*CATHY SEIBEL, U.S.D.J.*

*2/11/22*

The undersigned represents plaintiff in the above matter. I write to 1) notify the Court and defense counsel that plaintiff accepts the Court's reduced punitive damages award in the total amount of $500,000, as set forth in the Court's February 10, 2022 Opinion and Order; and 2) request that plaintiff's time to file his application for attorney's fees pursuant to 42 U.S.C. § 1988 be extended to 30 days after the earliest of the three following dates: (i) written notification from defendants that they are not going to appeal the Opinion and Order; (ii) the expiration of defendants' time to file a notice of appeal, without their having done so; or (iii) the resolution of any appeal taken by defendants from the Opinion and Order. I have consulted with defense counsel, and they join in this application.

Granting the requested extension would serve the interest of judicial economy, by avoiding the prospect of multiple fee applications.

Thank you for your consideration.

Very truly yours,

Edward Sivin

Cc: All counsel (via ECF)