UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------
NICHOLAS MAGALIOS,

                                                Plaintiff,

  - against -

C.O. MATTHEW PERALTA, *et al*.,

                                               Defendants.
----------------------------------------------------------

19 Civ. 6188 (S.D.N.Y.) (CS)

NOTICE OF APPEAL

      Notice is hereby given that Defendants Matthew Peralta, Timothy Bailey and Edward Blount hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Judgment entered on June 1, 2021, Dkt. No. 44, and the Opinion and Order on the Motion for a new trial or remittitur entered on February 10, 2022, Dkt. No. 56.

Dated:  New York, New York
          March 11, 2022

                                        Respectfully submitted,

                                        LETITIA JAMES
                                        Attorney General of the
                                        State of New York
                                        <u>Attorney for Defendants</u>

                       By:        /s
                                        Bruce J. Turkle
                                        Assistant Attorney General
                                        New York State Office
                                          of the Attorney General
                                        28 Liberty Street
                                        New York, New York 10005
                                        Tel: (212) 416-8524
                                        Fax: 212-416-6009
                                        <u>Bruce.turkle@ag.ny.gov</u>

## **CERTIFICATE OF SERVICE**

      I, Bruce J. Turkle, hereby certify that on March 11, 2022, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. I further certify that the above document was served on all parties by the Court's CM/ECF system

s/Bruce J. Turkle
Bruce J. Turkle
