# United States District Court
# for the Southern District of New York

Nicholas Magalios,

                Plaintiff,

    v.

C.O. Mathew Peralta,
C.O. Timothy Bailey,
and C.O. Edward Blount,

                Defendants.

Docket No. 7:19-cv-06188 (CS)

**Notice of Appeal**

Notice is hereby given that Nicholas Magalios, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an opinion and order of the district court, entered in this action on the 10th day of February, 2022 (ECF No. 56), only to the extent that the district court's denial of defendants' motion for a new trial on the issue of punitive damages (ECF No. 45) was conditioned on plaintiff accepting a reduced punitive damages award.

Dated: New York, New York
      March 12, 2022

Sivin, Miller & Roche LLP

s/ Edward Sivin
Edward Sivin
Attorneys for Plaintiff
20 Vesey Street, Suite 1400
New York, NY 10007
Telephone: (212) 349-0300
E-mail: esivin@sivinandmiller.com