UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

NICHOLAS MAGALIOS,                                          19 Civ. 06188 (CS)

               Plaintiff,                          **NOTICE OF
WITHDRAWAL AS
COUNSEL**

               v.

C.O. MATTHEW PERALTA, et al.

               Defendants.

-------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Bruce Turkle, Assistant Attorney General in the Office of LETITIA JAMES, Attorney General of the State of New York, attorney for Defendants in the above-captioned action, hereby withdraws as an attorney of record because I am leaving the Office of the Attorney General. The Office of the Attorney General will continue to serve as counsel of record to Defendants in the above-captioned matter, and this matter will be handled by another Assistant Attorney General who has entered their appearance.

      Therefore, I hereby respectfully request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated: September 27, 2022

LETITIA JAMES
Attorney General
State of New York
<u>Attorney for Defendants</u>
By:

*/s/ Bruce J. Turkle*
Bruce J. Turkle
Assistant Attorney General
28 Liberty Street
New York, NY 10005
Tel: (212) 416-8524
Email: bruce.turkle@ag.ny.gov

**IT IS SO ORDERED.**

Dated:_____, 2022

_____
Hon. Cathy Seibel
United States District Judge