UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NICHOLAS MAGALIOS,

                              Plaintiff,

               - against -                          **JUDGMENT**

C.O. MATHEW PERALTA,                          No. 19-CV-6188 (CS)
C.O. TIMOTHY BAILEY, and
C.O. EDWARD BLOUNT,

                              Defendants.
------------------------------------------------------------------------x

It is hereby **ORDERED, ADJUDGED, AND DECREED:**

That after a Jury Trial before the Honorable Cathy Seibel, United States District Judge, in which the Jury returned a verdict for Plaintiff on the claims for Excessive Force and Failure to Intervene, that Plaintiff Nicholas Magalios have judgment for compensatory damages against defendants C.O. Mathew Peralta, C.O. Timothy Bailey, and C.O. Edward Blount jointly and severally in the amount of $50,000.00; Plaintiff have judgment for punitive damages against C.O. Mathew Peralta in the amount of $350,000.00; Plaintiff have judgment for punitive damages against C.O. Timothy Bailey in the amount of $350,000.00; and Plaintiff have judgment for punitive damages against C.O. Edward Blount in the amount of $250,000.00.

The Clerk of Court is respectfully directed to enter judgment for Plaintiff accordingly.

**SO ORDERED.**

Dated: June 1, 2021
       White Plains, New York

                                                        *Cathy Seibel*
                                                _____
                                                  CATHY SEIBEL, U.S.D.J.