# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

NICHOLAS MAGALIOS,

                          Plaintiff,

    -against-                                       19 **CIVIL** 6188 (CS)

                                                          **AMENDED JUDGMENT**

C.O. MATHEW PERALTA, C.O. TIMOTHY BAILEY,
and C.O. EDWARD BLOUNT,

                        Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated November 16, 2023, and reflecting the jury's verdict as remitted by the Court and accepted by Plaintiff (see ECF Nos. 56 and 57): $50,000 in compensatory damages; $200,000 in punitive damages against Defendant Peralta, $200,000 in punitive damages against Defendant Bailey, and $100,000 in punitive damages against Defendant Blount, with post-judgment interest running from 2/10/22.

**Dated:**  New York, New York

      November 17, 2023

                                                                            **RUBY J. KRAJICK**

                                                                             **Clerk of Court**

                                    **BY:**      *K. Mango*

                                                                            **Deputy Clerk**