UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
NICHOLAS MAGALIOS,

        Plaintiff,                  **JUDGMENT**
                                   **For Attorney's Fees and Costs**
   -against-

C.O. MATHEW PERALTA,                  19-CV-06188 (CS)
C.O. TIMOTHY BAILEY and
C.O. EDWARD BLOUNT,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 26, 2024, Plaintiff's Motion is granted in part, and the Court awards $385,956.99 in attorney's' fees and costs; accordingly, the case is closed.

Dated: ~~March~~ 5/6, 2024
       White Plains, NY

                                                  */s/ Cathy Seibel*
                                         _____
                                                CATHY SEIBEL, U.S.D.J.